Edward HUNGA, Plaintiff—Appellant,

v.

COMMISSIONER OF SOCIAL SE-
CURITY ADMINISTRATION,
Defendant—Appellee.

No. 11–15110.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2012.*

Filed Feb. 15, 2012.

Sengthiene Bosavanh, Esquire, Law Of-
fices of Jeffrey Milam, Modesto, CA, for
Plaintiff-Appellant.

Jeffrey Chen, Social Security Adminis-
tration Office of the General Counsel, San
Francisco, CA, for Defendant–Appellee.

Before: THOMAS, FISHER, and
IKUTA, Circuit Judges.

MEMORANDUM **

Edward Hunga appeals the judgment of
the district court affirming the decision of
an administrative law judge denying his
application for social security disability
benefits.  Because the parties are familiar
with the factual and procedural history of
the case, we need not recount it here.

After a careful review of the record, we
affirm the judgment of the district court
for the reasons set forth in the thorough

* The panel granted plaintiff's motion to submit
this case on the briefs without argument.

order filed on December 2, 2010 by Magis-
trate Judge Beck.

AFFIRMED.

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.